IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to, S.R., DECEASED<br><br>Plaintiff,<br>v.<br><br>CITY OF OKLAHOMA CITY,<br><br>WADE GOURLEY, individually,<br><br>COREY ADAMS, individually,<br><br>JARED BARTON, individually,<br><br>BRAD PEMBERTON, individually,<br><br>BETHANY SEARS, individually,<br><br>JOHN SKUTA, individually,<br><br>Defendants. | Case No: CIV-21-275-J |

**PLAINTIFF'S RESPONSE TO DEFENDANT CITY OF OKLAHOMA CITY'S <u>MOTION TO DISMISS</u>**

COMES NOW, Plaintiff, Cameo Holland, as the Next-Of-Kin to Minor Child S.R., Deceased, by and through counsel, Rand C. Eddy, and for her Response to Defendant, City of Oklahoma City's Motion to Dismiss, concedes she is not entitled to recover punitive damages from the Defendant, City of Oklahoma City. To the extent that Plaintiff's Complaint seeks to recover punitive damages from the Defendant for conduct alleged therein, Plaintiff hereby waives such a request for relief and does not object to its dismissal.

Respectfully,

/s/ Rand C. Eddy
Rand C. Eddy, OBA # 11822
MULINIX EDDY EWERT & MCKENZIE PLLC
Oklahoma Tower
210 Park Avenue, Suite 3030
Oklahoma City, Oklahoma 73102
Office: (405) 232-3800
Email: rand@lawokc.com

*Attorney for the Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on the 18th day of May, 2021, I electronically transmitted the attached document using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Richard N. Mann, OBA #11040
Katie Goff, OBA #32402
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, Oklahoma 73102
(405) 297-2451
richard.mann@okc.gov
katie.goff@okc.gov

Attorneys for Defendant
City of Oklahoma City

/s/ Rand C. Eddy
Rand C. Eddy