UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to Minor Child, S.R., Deceased, ) ) ) Plaintiff, ) ) v. ) ) CITY OF OKLAHOMA CITY, et al., ) ) Defendants. ) | Case No. CIV-21-275-J |

## ORDER

Before the Court is Defendant City of Oklahoma City's (City) Motion to Dismiss [Doc. No. 6]. Plaintiff has filed her response. In its motion, City moves to dismiss Plaintiff's request for punitive damages against City. In her response, Plaintiff concedes that she is not entitled to recover punitive damages from City and does not object to the dismissal of her request for punitive damages against City.

Accordingly, the Court GRANTS City's Motion to Dismiss [Doc. No. 6] and DISMISSES Plaintiff's request for punitive damages against City.

IT IS SO ORDERED this 19th day of May, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE