UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   June 10, 2021

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to Minor Child, S.R., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OKLAHOMA CITY, et al.<br><br>Defendants. | Case No. CIV-21-275-J |

ENTER ORDER:

Motion to Dismiss [Doc. No. 11] filed by City of Oklahoma City was filed incorrectly and is hereby STRICKEN.

By direction of Judge Bernard M. Jones, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:   s/ D. Wayne Lee
Deputy Clerk

cc:   all parties