IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CAMEO HOLLAND, an Individual and Next of Kin to Minor Child, S.R., Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> (1) CITY OF OKLAHOMA CITY, <br> (2) WADE GOURLEY, individually, <br> (3) COREY ADAMS, individually, <br> (4) JARED BARTON, individually, <br> (5) BRAD PEMBERTON, individually, <br> (6) BETHANY SEARS, individually, <br> (7) JOHN SKUTA, individually, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-21-275-J <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNOPPOSED MOTION TO STAY ANSWER DATE OF
DEFENDANTS BARTON, PEMBERTON AND SEARS
<u>AND BRIEF IN SUPPORT</u>**

Pursuant to Rule 7.1(k) of the Local Rules for the Western District, Defendants Jared Barton, Brad Pemberton and Bethany Sears, in their individual capacities, request the Court stay their respective deadlines to Answer Plaintiff's Complaint (Doc. No. 1) pending the Court's ruling on their pending Motions to Stay Civil Proceedings. (Doc. Nos. 15 and 24). In support of this motion, Defendants state:

1.   Defendants Barton and Pemberton were served on or about May 20, 2021, and on June 10, 2021, they filed their motion to stay the civil proceedings pending

resolution of the Oklahoma County District Court criminal proceedings in CF-2021-975. (Doc. No. 15). Defendant Sears filed a similar motion on June 28, 2021.[1] (Doc. No. 24).

2. These Defendants have not yet filed answers, and do not believe they can do without impacting their Fifth Amendment privilege against self-incrimination. The Complaint contains detailed allegations against each Defendant; to prepare their respective answers, each Defendant will be required to either "admit" or "deny" certain allegations, and are concerned these admissions or denials could be deemed a waiver of his or her Fifth Amendment rights in this proceeding or in the underlying criminal proceeding.

3. Defendants Barton, Pemberton, and Sears adopt and incorporate the argument and authority within their motions to stay. (Doc. Nos. 15 and 24). Consistent with this argument and authority, Defendants request that the deadlines for them to answer be stayed pending the Court's ruling upon the Motion to Stay Civil Proceedings and the underlying criminal case discussed therein. This separate motion is filed to preserve the right to answer in the event the Motions to Stay Civil Proceedings are denied in whole or part.

4. Counsel for Plaintiff does not object to the request to stay the Answer date.

5. The precise relief requested in this motion, as set out above, is an Order staying the deadline for Defendants Barton, Pemberton and Sears to file their Answer or other responsive pleading pending a ruling on the Motion to Stay Civil Proceedings. A proposed Order is contemporaneously submitted.

---

[1] Defendant Sears was served with the summons and complaint by mail but the certified mail green card was not attached when she received it.

Respectfully submitted,

s/ Stacey Haws Felkner
Chris J. Collins, OBA No. 1800
Ambre C. Gooch, OBA No. 16586
Stacey Haws Felkner, OBA No. 14737
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone:  (405) 524-2070
E-mail: shf@czwlaw.com
 cjc@czwlaw.com; acg@czwlaw.com

ATTORNEYS FOR DEFENDANTS JARED BARTON, individually, BRAD PEMBERTON, individually, and BETHANY SEARS, individually

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Rand C. Eddy, email at: rand@lawokc.com
MULINIX EDDY EWERT & MCKENZIE, PLLC
Oklahoma Tower
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
*Attorney for Plaintiff*

Richard N. Mann, email at: Richard.mann@okc.gov
Katie Goff, email at: Katie.goff@okc.gov
Assistant Municipal Counselor
City of Oklahoma City
200 N. Walker Avenue, Suite 400
Oklahoma City OK 73102
*Attorneys for Defendants City of Oklahoma City
 and Wade Gourley*

s/ Stacey Haws Felkner
Stacey Haws Felkner