# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to Minor Child, S.R., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OKLAHOMA CITY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-21-275-J<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the Unopposed Motion to Stay Answer Date of Defendants Barton, Pemberton, and Sears [Doc. No. 25]. Upon review of the unopposed motion, and for good cause shown, the Court GRANTS the Unopposed Motion to Stay Answer Date of Defendants Barton, Pemberton, and Sears. The date for Defendants Jared Barton, Brad Pemberton, and Bethany Sears to file their answers or other responsive pleadings is stayed pending a ruling on Defendants' motions to stay this case [Doc. Nos. 15 and 24].

IT IS SO ORDERED this 29th day of June, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE