# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to, S.R., DECEASED<br><br>          Plaintiff,<br>v.<br><br>CITY OF OKLAHOMA CITY,<br><br>WADE GOURLEY, individually,<br><br>COREY ADAMS, individually,<br><br>JARED BARTON, individually,<br><br>BRAD PEMBERTON, individually,<br><br>BETHANY SEARS, individually,<br><br>JOHN SKUTA, individually,<br><br>          Defendants. | Case No: CIV-21-275-J |

**PLAINTIFF'S RESPONSE TO DEFENDANT CITY OF OKLAHOMA CITY'S MOTION TO DISMISS DEFENDANT OFFICERS AND DEFENDANT GOURLEY IN THEIR OFICIAL CAPACITIES**

COMES NOW, Plaintiff, Cameo Holland, as the Next-Of-Kin to Minor Child S.R., Deceased, by and through counsel, Rand C. Eddy, and for her Response to Defendant, City of Oklahoma City's Motion to Dismiss Defendant Officers and Defendant Gourley in Their Official Capacities, states as follows:

Plaintiff does not object to Defendant City's Motion to Dismiss Defendant Officers and Defendant Gourley in their official capacities. However, in Defendant City's Conclusion paragraph, it requests Defendant Officers and Gourley be dismissed in their individual capacities. Plaintiff regards this request as a scrivener's error. To the extent it is not, Plaintiff objects to Defendant Officers and Gourley being dismissed in their individual capacities.

Respectfully,

/s/ Rand C. Eddy
Rand C. Eddy, OBA # 11822
MULINIX EDDY EWERT & MCKENZIE PLLC
210 Park Avenue, Suite 3030
Oklahoma City, Oklahoma 73102
Office: (405) 232-3800
Email: rand@lawokc.com
*Attorney for the Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on the 29th day of June, 2021, I electronically transmitted the attached document using the ECF System for filing and transmittal of a Notice of Electronic Filing to all parties currently entered of record in this matter.

s/ Rand C. Eddy
Rand C. Eddy