# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to, S.R., DECEASED<br><br>      Plaintiff,<br>v.<br><br>CITY OF OKLAHOMA CITY,<br><br>WADE GOURLEY, individually,<br><br>COREY ADAMS, individually,<br><br>JARED BARTON, individually,<br><br>BRAD PEMBERTON, individually,<br><br>BETHANY SEARS, individually,<br><br>JOHN SKUTA, individually,<br><br>      Defendants. | Case No: CIV-21-275-J |

## PLAINTIFF'S RESPONSE TO DEFENDANTS BARTON AND PEMBERTON'S MOTION TO STAY CIVIL CASE

COMES NOW, Plaintiff, Cameo Holland, as the Next-Of-Kin to Minor Child S.R., Deceased, by and through counsel, Rand C. Eddy, and for her Response to Defendants, Barton and Pemberton's Motion to Stay Civil Case, states as follows:

At present Plaintiff does not object to Defendant Pemberton and Barton's request to a stay in these civil proceedings. However, in the event the criminal trial drags on Plaintiff reserves the right to request a Lift of the Stay due to her clear interest in the expeditious resolution of her case.

Quoting Defendants' brief……"if it can be easily avoided, a person who is presumed innocent should not have to pay a cost to exercise a constitutional right…while there may come a point, if the criminal case drags on"….. *Urrutia v. Montoya, 2016 WL 9777168 @ \*24 (June 29, 2016)*. Defendant's Brief page 5.

Respectfully,

s/ Rand C. Eddy
Rand C. Eddy, OBA # 11822
MULINIX EDDY EWERT & MCKENZIE PLLC
210 Park Avenue, Suite 3030
Oklahoma City, Oklahoma 73102
Office: (405) 232-3800
Email: rand@lawokc.com

*Attorney for the Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on the 29th day of June, 2021, I electronically transmitted the attached document using the ECF System for filing and transmittal of a Notice of Electronic Filing to all parties currently entered of record in this matter.

s/ Rand C. Eddy
Rand C. Eddy