**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to Minor Child, S.R., Deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF OKLAHOMA CITY, et al., )<br>)<br>Defendants. ) | Case No. CIV-21-275-J |

## ORDER

Before the Court is Defendant City of Oklahoma City's (City) Motion to Dismiss Defendant Officers and Defendant Gourley in Their Official Capacities [Doc. No. 13]. Plaintiff has filed her response. In her response, Plaintiff states that she does not object to dismissing the official capacity claims against Defendants Corey Adams, Jared Barton, Brad Pemberton, Bethany Sears, John Skuta, and Wade Gourley.

Accordingly, the Court GRANTS City's Motion to Dismiss Defendant Officers and Defendant Gourley in Their Official Capacities [Doc. No. 13] and DISMISSES Plaintiff's official capacity claims against Defendants Adams, Barton, Pemberton, Sears, Skuta, and Gourley.

IT IS SO ORDERED this 6th day of July, 2021.

*[Signature]*
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE