# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to Minor Child, S.R., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OKLAHOMA CITY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-21-275-J<br>)<br>)<br>)<br>) |

## ORDER

Before the Court are the Motion of Defendants Jared Barton and Brad Pemberton to Stay Civil Case [Doc. No. 15] and the Motion of Defendant Bethany Sears to Stay Civil Proceedings [Doc. No. 24]. Plaintiff does not object to the motions to stay.[1] Upon review of the parties' submissions, the Court concludes a stay of these proceedings is appropriate. Specifically, the Court finds that the issues in this case completely overlap with the issues in the criminal manslaughter case against Defendants Barton, Pemberton, Sears, Adams, and Skuta (Defendant Officers). Further, the Court finds Plaintiff's interest in the expeditious resolution of her case is outweighed by the significant interest of Defendant Officers in avoiding the dilemma of choosing between waiving their Fifth Amendment rights or effectively forfeiting this civil case. Finally, the Court finds that the interests of this Court and the public are served by a stay.

Accordingly, the Court GRANTS the Motion of Defendants Jared Barton and Brad Pemberton to Stay Civil Case [Doc. No. 15] and the Motion of Defendant Bethany Sears to Stay Civil Proceedings [Doc. No. 24]. This case is stayed until November 1, 2021, unless the criminal

---

[1] While Plaintiff does not object to a stay, Plaintiff does note that she is reserving her right to request a lift of the stay if the criminal trial is taking an extended period of time to reach a resolution.

case is finally resolved in the meantime. The Parties are directed to file, on or before November 1, 2021, a report as to the status of the criminal case. If the criminal case is finally resolved before then, the Parties are directed to advise the Court immediately upon the resolution.

    IT IS SO ORDERED this 8th day of July, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE