IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CAMEO HOLLAND, an Individual and Next of Kin to Minor Child, S.R., Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-21-275-J |
| (1) CITY OF OKLAHOMA CITY, (2) WADE GOURLEY, individually, (3) COREY ADAMS, individually, (4) JARED BARTON, individually, (5) BRAD PEMBERTON, individually, (6) BETHANY SEARS, individually, (7) JOHN SKUTA, individually, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND BRIEF TO WITHDRAW AS COUNSEL OF RECORD**

Ambre C. Gooch of the law firm of Collins, Zorn & Wagner, P.C., counsel of record for Defendants Jared Barton, individually, Brad Pemberton, individually, and Bethany Sears, individually, in the above-referenced matter respectfully requests that the Court grant her permission to withdraw as counsel of record for Defendants Jared Barton, Brad Pemberton and Bethany Sears because she will soon be leaving private practice. Chris Collins and Stacey Haws Felkner have each entered their appearances in this matter (Docs. 14, 16, 21, 23) and they will continue to represent Defendants Jared Barton, Brad Pemberton and Bethany Sears in this matter.

As such, the undersigned respectfully requests that this Court enter an Order allowing her to withdraw as attorney of record for Defendants Jared Barton, individually,

Brad Pemberton, individually, and Bethany Sears, individually. A proposed Order is being submitted with this Motion.

          Respectfully submitted,

          s/ Ambre C. Gooch
          Ambre C. Gooch, OBA No. 16586
          COLLINS, ZORN & WAGNER, P.C.
          429 N.E. 50th Street, 2nd Floor
          Oklahoma City, OK 73105-1815
          Telephone: (405) 524-2070
          E-mail: acg@czwlaw.com

          ATTORNEY FOR DEFENDANTS JARED BARTON, individually, BRAD PEMBERTON, individually, and BETHANY SEARS, individually

## CERTIFICATE OF SERVICE

I hereby certify that on August13, 2021, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

    Rand C. Eddy, email at: rand@lawokc.com
    MULINIX EDDY EWERT & MCKENZIE, PLLC
    Oklahoma Tower
    210 Park Avenue, Suite 3030
    Oklahoma City, OK 73102
    *Attorney for Plaintiff*

    Richard N. Mann, email at: Richard.mann@okc.gov
    Katie Goff, email at: Katie.goff@okc.gov
    Assistant Municipal Counselor
    City of Oklahoma City
    200 N. Walker Avenue, Suite 400
    Oklahoma City OK 73102
    *Attorneys for Defendants City of Oklahoma City*
     *and Wade Gourley*

Scott B. Wood, email at: okcoplaw@aol.com
WOOD, PUHL & WOOD, P.L.L.C.
2409 E. Skelly Drive, Suite 200
Tulsa, OK 74105
*Attorney for Defendant Jonathan Skuta*

Gary J. James, email at: gary@garyjameslaw.com
GARY J. JAMES & ASSOCIATES, P.C.
P.O. Box 2443
Oklahoma City, OK 73101
*Attorney for Defendant Corey Adams*

                                                                               s/ Ambre C. Gooch
                                                                               Ambre C. Gooch