**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CAMEO HOLLAND, an Individual and Next of Kin to Minor Child, S.R., Deceased, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OKLAHOMA CITY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. CIV-21-275-J |

# ORDER

Before the Court is Ambre C. Gooch's Motion to Withdraw as Counsel of Record [Doc. No. 34]. Upon review of the motion, the Court GRANTS the motion to withdraw. Ambre C. Gooch is terminated as counsel of record for Defendants Jared Barton, individually, Brad Pemberton, individually, and Bethany Sears, individually.

IT IS SO ORDERED this 13th day of August, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE